United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA J. MAYNARD, ) | |
| ) | CIVIL NO. C09-5525-FDB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before January 11, 2010, Defendant's Answering Brief shall be filed on or before February 9, 2010, and Plaintiff's Reply Brief shall be filed on or before February 24, 2010. Oral argument requested by March 3, 2010.

DATED this 30th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5525-FDB-JRC]
- 1