UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA J. MAYNARD,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. 3:09-cv-5525-FDB-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion and with no objection from Plaintiff, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 11, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including March 25, 2010, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by April 7, 2010.

DATED this 5th day of February 2010.

　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:09-cv-5525-FDB-JRC]