# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAMELA J. MAYNARD

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5525RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's petition for an award of attorney's fees and costs [Dkt. #22] is **GRANTED**. Attorney's fees in the amount of $4,839.94 and expenses in the amount of $20.91 are awarded to Plaintiff made payable to Plaintiff's attorney Eitan Kassel Yanich.

| April 9, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk